Anton Marnik, appellant, v. Bernice Cusack, a minor, et al., appellees. Gen. No. 28,932.

Bill to set aside judgment on ground of no service of summons. Bill dismissed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924. Rehearing denied April 28, 1924.

George B. Cohen and A. H. Cohen, for appellant. Callahan & Callahan and Charles P. R. Macaulay, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

James H. Williams, appellee, v. Grayce L. Grant, appellant. Gen. No. 28,939.

Forcible detainer suit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924. Rehearing denied April 28, 1924.

Henry K. Loeb, for appellant. Maurice G. Cohen, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Pyramid Company, appellee, v. Earl L. Cook, appellant. Gen. No. 28,960.

Suit for work and labor furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924.

Rathje, Wesemann, Hinckley & Barnard, for appellant. Anton B. Ziegweid and George W. Plummer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Lake & Export Coal Corporation, appellee, v. Chicago Fuel Company, appellant. Gen. No. 28,969.

Suit for coal sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 14, 1924.

Frank Schoenfeld, for appellant. Defrees, Buckingham & Eaton, for appellee; John Dorwin, of counsel.

Mr. Justice McSurely delivered the opinion of the court.